UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,     : | |
|                                          : | CRIMINAL CASE NUMBER: |
| v.    : | |
|     : | 3:18-cr-00172-AWT-1 |
| JOSEPH BARROS,    : | |
|     *Defendant.*    : | September 12, 2019 |

**MOTION TO MODIFY**
**CONDITIONS OF RELEASE PENDING SENTENCING**

Joseph Barros moves to modify the conditions of his release pending sentencing to permit substance abuse testing and treatment. Sentencing in this case was previously continued to allow Mr. Barros to participate in Support Court. Mr. Barros was admitted into the program yesterday. To complete the program, Mr. Barros needs to engage in substance abuse testing and treatment, which his current release conditions do not require. As such, a modification is necessary. Assistant United States Attorney David Nelson and United States Probation Officer John Wackerman have no objection to the granting of this motion.

                                      Respectfully Submitted,

                                      THE DEFENDANT,
                                      Joseph Barros

                                      FEDERAL DEFENDER OFFICE

Date: September 12, 2019            /s/ Ross Thomas
                                      Assistant Federal Defender
                                      265 Church Street, 7th Floor
                                      New Haven, CT 06510
                                      Phone: (203) 498-4200
                                      Bar No.: phv08740
                                      Email: ross_thomas@fd.org

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on September 12, 2019, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Ross Thomas
                                      Ross Thomas